```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                )
**JEFFERSON COUNTY DRAINAGE**   )
**DISTRICT NO. 7,**             )
                                )
    Plaintiff,              )
                                )
    v.                      )   Civil Action No. 11-461 (RWR)
                                )
**ERIC HOLDER, et al.,**        )
                                )
    Defendants.             )
_____ )

### ORDER

Because the plaintiff's action is one brought under Section 4 of the Voting Rights Act of 1965, 42 U.S.C. § 1973b, it is hereby

ORDERED that the plaintiff's consent motion [2] to convene a three-judge court be, and hereby is, GRANTED. The Clerk of this Court is DIRECTED to transmit a copy of this Order to the Chief Judge of the United States Court of Appeals for the District of Columbia, under 28 U.S.C. § 2284(b)(1), so that a three-judge court can be convened.

SIGNED this 14th day of March 2011.

                                              _____/s/_____
                                              RICHARD W. ROBERTS
                                              United States District Judge