# United States Court of Appeals
## For The District of Columbia Circuit

No. 441

September Term, 2010

11cv0461

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED MAR 15 2011

CLERK

Jefferson County Drainage District No. 7,

    Plaintiff,

v.

Eric Holder, et al.,

    Defendants.

## DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

    The Honorable Richard W. Roberts, Judge, United States District Court for the District of Columbia, having notified me of his conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

    **ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable David S. Tatel, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable Richard J. Leon, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Richard W. Roberts as members of the court to hear and determine this case. Judge Tatel will preside.

David B. Sentelle
Chief Judge

Date: 3/15/11