IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEFFERSON COUNTY DRAINAGE DISTRICT NUMBER SEVEN, a political subdivision of the State of Texas, <br><br> Plaintiff, <br><br> v. <br><br> ERIC H. HOLDER, JR., Attorney General of the United States of America; THOMAS E. PEREZ, Assistant Attorney General, Civil Rights Division, United States Department of Justice, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:11-cv-00461 <br><br> (three-judge court) DST-RWR-RJL |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND DECREE

Plaintiff Jefferson County Drainage District Number Seven ("the District") and Defendants Eric H. Holder, Jr., Attorney General of the United States, and Thomas E. Perez, Assistant Attorney General, Civil Rights Division (collectively, "the Attorney General"), through counsel, respectfully move this three-judge Court for entry of the attached Consent Judgment and Decree. As grounds for this motion, the parties would show the following:

1. This action was initiated on March 2, 2011 by the District against the Attorney General, pursuant to Section 4(a) of the Voting Rights Act, 42 U.S.C. § 1973b(a). In this litigation, Plaintiff seeks to demonstrate that it meets the statutory requirements of Section 4(a), to allow for bailout from coverage under Section 4(b) of the Act, 42 U.S.C. § 1973b(b). A declaratory judgment granting bailout exempts the jurisdiction from the preclearance

requirements of Section 5 of the Act, 42 U.S.C. § 1973c.

2. As required by Section 4(a)(9) of the Act, 42 U.S.C. § 1973b(a)(9), the Attorney General has conducted an independent investigation of the District to determine if it has satisfied the necessary requirements for a bailout under Section 4(a). As a result of that investigation, and also based on information provided to the Attorney General by the District, the Attorney General has determined that the District meets all of the requirements of Section 4(a) and has determined that the Attorney General would consent to a declaratory judgment granting bailout to the District under Section 4(a).

3. The parties have conferred concerning a resolution of this litigation and have agreed on the terms of the attached Consent Judgment and Decree, which if entered by this Court, will grant the requested bailout to Jefferson County Drainage District Number Seven.

4. The enclosed Consent Judgment and Decree is similar to those that have been entered by three-judge courts in other declaratory judgment actions brought in this Court under Section 4 of the Voting Rights Act. *See, e.g., City of Sandy Springs v. Holder*, No. 1:10-cv-1502 (D.D.C. Oct. 26, 2010); *City of Kings Mountain v. Holder*, No. 1:10-cv-1153 (D.D.C. Oct. 22, 2010); *Nw. Austin Mun. Util. Dist. No. One v. Holder*, No. 1:06-cv-1384 (D.D.C. Nov. 3, 2009); *Amherst County v. Mukasey*, No. 08-0780 (D.D.C. Aug. 13, 2008); *Middlesex County v. Gonzales*, No. 07-1485 (D.D.C. Jan. 7, 2008).

5. The parties request that this Court wait 30 days after the filing of this motion before approving the Consent Judgment and Decree. During that time the proposed settlement will be publicized pursuant to Section 4(a)(4) of the Act, 42 U.S.C. § 1973(a)(4).

For the reasons above and as set forth in the attached Consent Judgment and Decree, the parties respectfully submit that this Joint Motion should be granted and the attached Consent Judgment and Decree entered.

Respectfully submitted,

**For the Plaintiff**
**JEFFERSON COUNTY DRAINAGE**
**DISTRICT NUMBER SEVEN:**

*/s/ J. Gerald Hebert by BFH as authorized*
_____

**J. GERALD HEBERT**
D.C. Bar No. 447676
Attorney at Law
191 Somervelle Street, #405
Alexandria, Va. 22304
Tel (703) 628-4673
Email: hebert@voterlaw.com
Email: jghebert@comcast.net

**DAVID RICHARDS**
Texas State Bar No. 16846000
Richards, Rodriguez & Skeith, **LLP**
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Tel (512) 476-0005
Fax (512) 476-1513
Email: davidrichards@rrsfilID.com

Dated:  April 20, 2011

**For the Defendant ATTORNEY GENERAL OF THE UNITED STATES:**

**RONALD C. MACHEN JR.**
United States Attorney
District of Columbia

**THOMAS E. PEREZ**
Assistant Attorney General
Civil Rights Division

*/s/ Brian F. Heffernan*
_____
**T. CHRISTIAN HERREN, JR.**
**BRIAN F. HEFFERNAN**
brian.f.heffernan@usdoj.gov
Attorneys
Voting Section
Civil Rights Division
United States Department of Justice
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530
Phone: (202) 514-4755
Fax:    (202) 307-3961

Dated: April 20, 2011

## CERTIFICATE OF SERVICE

I hereby certify that, on April 20, 2011, I served a copy of the foregoing Joint Motion for Entry of Consent Judgment and Decree through the Court's ECF system on the following counsel of record for Plaintiff:

J. Gerald Hebert
191 Somervelle Street, #405
Alexandria, VA 22303


*/s/ Brian F. Heffernan*
_____

Brian F. Heffernan
Civil Rights Division
U.S. Department of Justice
Washington, D.C. 20530