IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEFFERSON COUNTY DRAINAGE DISTRICT NUMBER SEVEN, a political subdivision of the State of Texas, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:11-cv-00461 |
| ERIC H. HOLDER, JR., Attorney General of the United States of America; THOMAS E. PEREZ, Assistant Attorney General, Civil Rights Division, United States Department of Justice, | ) ) ) ) ) ) ) ) ) | (three-judge court) DST-RWR-RJL |
| Defendants. | ) ) | |

## PARTIES' JOINT REPORT TO THE COURT

On April 26, 2011, this Court ordered that the parties file a Joint Report to the Court as soon as the statutory obligation to publicize the settlement of this bailout lawsuit has been fulfilled. The Parties are submitting this Joint Report to advise the Court that Notice of the Settlement was posted at the County Clerk's Office at the Sub-Courthouse in Port Arthur and at the Port Arthur Post Office on or about April 27, 2011. In addition, the Notice of Settlement was posted in the legal notice column in both the Port Arthur News and Beaumont Enterprise on Sunday, May 1, Sunday, May 8 and Sunday, May 15, 2011. Notice of the settlement was also posted on the Plaintiff District's website, www.dd7.org, under special notices.

Respectfully submitted,

**For the Plaintiff**
**JEFFERSON COUNTY DRAINAGE**
**DISTRICT NUMBER SEVEN:**

*/s/ J. Gerald Hebert* by BFH as authorized
_____
**J. GERALD HEBERT**
D.C. Bar No. 447676
Attorney at Law
191 Somervelle Street, #405
Alexandria, Va. 22304
Tel (703) 628-4673
Email: hebert@voterlaw.com
Email: jghebert@comcast.net

**DAVID RICHARDS**
Texas State Bar No. 16846000
Richards, Rodriguez & Skeith, **LLP**
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Tel (512) 476-0005
Fax (512) 476-1513
Email: davidtichards@rrsfilID.com

Dated: May 17, 2011

**For the Defendant ATTORNEY GENERAL OF THE UNITED STATES:**

**RONALD C. MACHEN JR.**
United States Attorney
District of Columbia

**THOMAS E. PEREZ**
Assistant Attorney General
Civil Rights Division

*/s/ Brian F. Heffernan*
_____

**T. CHRISTIAN HERREN, JR.**
**BRIAN F. HEFFERNAN**
brian.f.heffernan@usdoj.gov
Attorneys
Voting Section
Civil Rights Division
United States Department of Justice
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530
Phone: (202) 514-4755
Fax:    (202) 307-3961

Dated: May 17, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 17, 2011, I served a copy of the foregoing Parties' Joint Report to the Court through the Court's ECF system on the following counsel of record for Plaintiff:

J. Gerald Hebert
191 Somervelle Street, #405
Alexandria, VA 22303


*/s/ Brian F. Heffernan*
_____
Brian F. Heffernan
Civil Rights Division
U.S. Department of Justice
Washington, D.C. 20530